UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | |
|---|---|
| CEDRIC LEONARD MELTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CV412-021 |
| ) | |
| SHERIFF AL ST. LAWERENCE, ) | |
| CHATHAM COUNTY JAIL ) | |
| MEDICAL UNIT, ) | |
| ) | |
| Defendants. ) | |

## REPORT AND RECOMMENDATION

Cedric Leonard Melton filed this 42 U.S.C. § 1983 case against the jail, doc. 1, seeking damages for a fall he suffered while detained there. *Id.* at 6. The Court granted his IFP motion but directed him to submit a Prisoner Trust Fund Account Statement and Consent to Collection of fees form within 30 days. Doc. 3 at 4. It also warned him that failure to comply could result in dismissal of his case. *Id.* at 5. In that plaintiff has failed to comply, this case should be **DISMISSED WITHOUT PREJUDICE** for failing obey this Court's Order. L.R. 41(b) (authorizing dismissal for neglect of any Court order); *see Link v.*

*Wabash Railroad Co.*, 370 U.S. 626, 630–31 (1962); *Mingo v. Sugar Cane Growers Co-op*, 864 F.2d 101, 102 (11th Cir. 1989); *Jones v. Graham*, 709 F.2d 1457, 1458 (11th Cir. 1983); *Floyd v. United States*, No. CV491-277 (S.D. Ga. June 10, 1992).

**SO REPORTED AND RECOMMENDED** this <u>21st</u> day of March, 2012.

*/s/ G.R. Smith*
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA