FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2012 APR 23  PM 3:52

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

CEDRIC LEONARD MELTON,         )
                               )
     Plaintiff,                )
                               )
v.                             )   CASE NO. CV412-021
                               )
SHERIFF AL ST. LAWRENCE and    )
CHATHAM COUNTY JAIL MEDICAL    )
UNIT,                          )
                               )
     Defendants.               )
                               )

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 4), to which no objections have been filed. After a careful de novo review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case and Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**. Accordingly, the Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 23RD day of April 2012.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA